# Court of Appeals
# of the State of Georgia

ATLANTA,  December 07, 2022

*The Court of Appeals hereby passes the following order:*

**A23D0132. AVERY L. WOODS v. THE STATE.**

Following a jury trial, Avery L. Woods was convicted in the Superior Court of Cobb County of aggravated assault, possession of a firearm during the commission of a felony, and possession of a firearm by a convicted felon. We affirmed Woods' convictions on appeal. See Case No. A19A2290 (affirmed Mar. 12, 2020). Woods later filed a "motion to vacate and set aside sentence," which the trial court dismissed on October 5, 2022. On November 10, 2022, Woods filed this application for discretionary appeal, seeking review of that ruling. We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of the entry of the order, decision, or judgment sought to be appealed. OCGA § 5-6-35 (d). This statutory deadline is jurisdictional, and this Court cannot accept an application for appeal not made in compliance with OCGA § 5-6-35 (d). See *In the Interest of B. R. F.*, 299 Ga. 294, 298 (788 SE2d 416) (2016) (holding that an appellate court lacks jurisdiction over an untimely application for discretionary appeal); *Hair Restoration Specialists v. State*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (compliance with the discretionary appeals procedure is jurisdictional, and failure to comply with that procedure requires dismissal of the appeal). Because Woods' application was filed 36 days after the order dismissing his motion, we lack jurisdiction to consider it. Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __12/07/2022__

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*